# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

132635

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

BRENDA KAY LUTHER
    Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132635
COA: 271531
Ionia CC: 04-012625-FC

On order of the Court, the application for leave to appeal the October 20, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

_____
Clerk

l0220